IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) No.: 19-T-011 |
| vs. | ) 21 U.S.C. § 841(a)(1) |
| | ) 21 U.S.C. § 846 |
| MICHAEL D. HELLMAN, M.D. | ) |
| Defendant. | ) |

## INFORMATION

At all times material to this Information:

1. Defendant **MICHAEL D. HELLMAN, M.D.,** was a doctor who was licensed by the State of Tennessee Department of Health, Board of Examiners as a medical doctor under license number 9851. **HELLMAN** maintained a Drug Enforcement Administration Registration ("DEA") Number, DEA License Number AH7482689. **HELLMAN** issued at least one prescription for the Schedule II controlled substance Oxycodone, as well as more than 400 prescriptions for the Schedule V controlled substance Promethazine with Codeine, at his office located at 336 Poplar View Parkway Suite #2, Collierville, Tennessee, outside the usual scope of professional practice and without a legitimate medical purpose.

1

## COUNT 1
**Unlawfully Distributing and Dispensing Controlled Substances**
**(21 U.S.C. § 841)**

2.  On February 7, 2019, in the Western Division of the Western District of Tennessee, **MICHAEL D. HELLMAN, M.D.**, did intentionally and knowingly distribute and dispense, not for a legitimate medical purpose and outside the scope of professional practice, a Schedule II controlled substance, Oxycodone (Percocet), in violation of Title 21, United States Code, Section 841(a), (b)(1)(C).

## COUNT 2
**Conspiracy to Distribute and Dispense Controlled Substances**
**(21 U.S.C. § 846)**

3.  From in or around January 2018 through in or around April 2019, in the Western Division of the Western District of Tennessee, and elsewhere, **MICHAEL D. HELLMAN, M.D.**, did knowingly and intentionally combine, conspire, confederate and agree with others known and unknown, to violate Title 21, United States Code, Section 841(a), that is, to knowingly and intentionally unlawfully distribute and dispense, not for a legitimate medical purpose and outside the scope of professional practice, a Schedule V controlled substance, Promethazine with Codeine, in violation of Title 21, United States Code, Section 846.

2

DATED: July 19, 2019

**D. MICHAEL DUNAVANT**
United States Attorney

By:

_____
**GREGORY ALLEN**
Assistant United States Attorney

**JOE BEEMSTERBOER**
Chief, Health Care Fraud Unit
Fraud Section, Criminal Division
U.S. Department of Justice

By:

_____
**JILLIAN D. WILLIS**
Trial Attorney, Health Care Fraud Unit
Fraud Section, Criminal Division
U.S. Department of Justice