# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | 19-20177-JPM |
| ) | |
| MICHAEL HELLMAN, ) | |
|     Defendant. ) | |

## ORDER ON CHANGE OF PLEA

This cause came to be heard on July 22, 2019 the Assistant United States Attorney for this district, Gregory Allen and Jillian Willis, appearing for the Government, and the Defendant, Michael Hellman, appearing in person and with counsel, Steve Farese, Jr. and Mark McDaniel.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty as to Counts 1 and 2 of the Information.

Plea colloquy was held and the Court accepted the guilty plea.

SENTENCING in this case is set TUESDAY, OCTOBER 15, 2019 at 9:30 A.M. in the Federal Building before Judge Jon Phipps McCalla.

Defendant is remanded to the custody of the United States Marshal.

IT IS SO ORDERED, this the 22nd day of July, 2019.

                                                s/Jon P. McCalla
                                                JON P. McCALLA
                                                UNITED STATES DISTRICT JUDGE