# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    **vs.**                                   **No. 2:19CR20177-001**

**MICHAEL D. HELLMAN, M.D.,**

    **Defendant.**

## POSITION OF THE DEFENDANT WITH RESPECT TO SENTENCING FACTORS

    Comes now the Defendant, Michael D. Hellman, M.D., by and through co-counsel of record, Mark S. McDaniel, Sr. and Steven E. Farese, Sr., and would respectfully state to this Honorable Court as follows:

    1. Co-counsel for the Defendant, as well as the Defendant, have received and reviewed the Presentence Investigation Report filed in this cause.

    2. The Defendant has no objections to the guidelines calculations as set forth in the Presentence Report.

    3. Counsel for Defendant has communicated the above to AUSA Jillian D. Willis and AUSA Gregory David Allen, as well as Randal L. Harford, U.S. Probation Officer.

                                              Respectfully submitted,
                                              /s/ Mark S. McDaniel #10535
                                              Co-counsel for Defendant
                                              243 Exchange Ave
                                              Memphis, TN 38105
                                              (901)527-6518

## CERTIFICATE OF SERVICE

I, Mark S. McDaniel, Co-counsel for the Defendant, hereby certify that a copy of the foregoing was forwarded by electronic means, via the Court's Electronic filing system, to AUSA Jillian D. Willis and AUSA Gregory David Allen and Randal L. Harford, U.S. Probation Officer, this 19th day of September, 2019.

/s/ Mark S. McDaniel