### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TENNESSEE
*Western Division*
*Office of the Clerk*

*Thomas M. Gould, Clerk*                                    *Deputy-in-Charge*
*242 Federal Building*                              *U.S. Courthouse, Room 262*
*167 N. Main Street*                                *111 South Highland Avenue*
*Memphis, Tennessee 38103*                          *Jackson, Tennessee 38301*
*(901) 495-1200*                                              *(731) 421-9200*

---

### NOTICE OF SETTING
**Before Judge Jon Phipps McCalla, United States District Judge**

---

October 11, 2019

RE:   **2:19-cr-20177-JPM**
      *USA v. MICHAEL D. HELLMAN, MD*

Dear Sir/Madam:

A **SENTENCING HEARING** before **Judge Jon Phipps McCalla** has been **RESET** from TUESDAY, OCTOBER 15, 2019 at 2:30 P.M. to **WEDNESDAY, OCTOBER 30, 2019 at 2:30 P.M. in the Federal Building, Memphis, Tennessee.**

The parties are instructed to have present any witnesses who will be needed for this hearing.

As to defendants on bond, failure to appear without leave of court will result in a forfeiture of appearance bond and issuance of a warrant for arrest.

If you have any questions, please contact the case manager at the telephone number or email address provided below.

Sincerely,
THOMAS M. GOULD, CLERK
BY:   *s/Jeff Sample*,
      Case Manager
      901-495-1243
      jeffrey_sample@tnwd.uscourts.gov